United States District Court
Northern District of Indiana
South Bend Division

Case No. 3:16-cv-226

John K. Drewno and Tina Drewno
Plaintiffs

—v—

Marvin Lumber and Cedar Company
a/k/a Marvin Windows and Doors, et al.
Defendants

## Corporate Disclosure

Marvin Lumber and Cedar Company is a corporation wholly owned by The Marvin Companies, Inc. and no publicly-held corporation owns more than 10% of its shares. This corporate disclosure is being filed pursuant to Fed. R. Civ. P. 7.1.

Date: April 12, 2016

s/Colin J. Reilly
Colin J. Reilly | 21058-71
Jones Obenchain LLP
600 KeyBank Building
202 S. Michigan St.
Post Office Box 4577
South Bend, IN 46634-4577

574.233.1194 ext. 128 | 574.233.8957 fax

cjr@jonesobenchain.com

Defendant Marvin Lumber and Cedar Company a/k/a Marvin Windows and Doors' Attorney

Case No. 3:16-cv-226

### Certificate of Service

I hereby certify that on April 12, 2016, I electronically filed the foregoing with the clerk of the court using the cm/ecf system which sent notification of such filing to:

Shawn P. Ryan
Attorney at Law
100 Colfax Place
220 West Colfax Avenue
South Bend, Indiana 46601
Attorney for Plaintiffs

Bodie J. Stegelmann
Yoder, Ainlay, Ulmer &
  Buckingham, LLP
130 N. Main Street
P.O. Box 575
Goshen, Indiana 46526
Attorney for Quality Window
  & Doors, Inc.

Robert Burdette Thornburg
Frost Brown Todd LLC
201 North Illinois Street, Suite 1900
Post Office Box 44961
Indianapolis, Indiana 46244-0961
Attorney for Certainteed Corporation

.

s/Colin J. Reilly<br>Colin J. Reilly  |  21058-71