# REPORT FOLLOWING
# VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
|  |  |  |

**PARTIES**     **Attendees**

| Name | On Behalf Of |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Result:   Case settled in full - Final paperwork will be filed by:
         Mediation continuing - 5/30/18
         Not settled - Mediation Completed

Dated:  February 2, 2018          /s/ _____

                                      Mediator

Rev'd 8/2005